# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2010

138943

LOREAN ALLEN,
        Plaintiff-Appellant,

v

VICTORIA AHARAUKA and
DETROIT MEDICAL CENTER,
        Defendants-Appellees,

and

HARPER HOSPITAL, SINAI
HOSPITAL OF GREATER DETROIT,
and SINAI GRACE HOSPITAL,
        Defendants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 138943
COA: 283890
Wayne CC: 07-724470-NH

On order of the Court, the application for leave to appeal the May 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010

_____

Clerk

y1117